RONALD L. RICHMAN (SBN 139189)
ADAM THOMAS (SBN 297249)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
adam.thomas@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK PAUL LODUCA, dba F. LODUCA CO.,<br><br>Defendant. | Case No.: 4:22-cv-00467-JST<br><br>**DISMISSAL OF ACTION, IN ITS ENTIRETY, WITHOUT PREJUDICE** |

///

///

///

///

1  The underlying matter having been resolved, plaintiffs hereby dismiss this action, in its
2  entirety, without prejudice.
3  DATED:  May 12, 2022

BULLIVANT HOUSER BAILEY PC


By  */s/  Adam Thomas*
     Ronald L. Richman
     Adam Thomas

Attorneys for Plaintiffs

**PROOF OF SERVICE**
*Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. v Frank Paul Loduca*
**U.S.D.C. (N.D. Cal.) No. 4:22-cv-00467-JST**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 101 Montgomery Street, Suite 2600, San Francisco, CA 94104. I am over the age of eighteen (18) and not a party to this action. On May 12, 2022, I served the document entitled:

**DISMISSAL OF ACTION, IN ITS ENTIRETY, WITHOUT PREJUDICE**

upon the following parties:

> FRANK PAUL LODUCA
> dba F. Loduca Co.
> 1324 West Lincoln Road
> Stockton, CA   95207

**(x)**  **BY MAIL (CCP §1013(a))**:  I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy of the above-titled document in an envelope addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope and placed it for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

**( )**  **BY EMAIL OR ELECTRONIC TRANSFER**:  I caused a copy of the document to be sent from e-mail address roberta.beach@bullivant.com to the persons at the e-mail addressed listed in the service list. I did not, within a reasonable time after the transmission, receive any electronic message or other indication that the transmission was unsuccessful.

**( )**  **BY FACSIMILE TRANSMISSION (CCP §1013(e), CRC 2.306)**:  I transmitted the document by facsimile transmission by placing it in a facsimile machine (telephone number 415-352-2701) and transmitting it to the facsimile machine telephone number listed above. A transmission report was properly issued by the transmitting facsimile machine. The transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

**( )**  **BY OVERNIGHT DELIVERY (CCP §1013(c))**:  I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy of the above-titled document in an envelope addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope and placed it for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

**( )**  **BY PERSONAL SERVICE UPON AN ATTORNEY (CCP §1011(a))**:  I placed a true and correct copy of the above-titled document in a sealed envelope addressed as indicated above. I delivered said envelopes by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope

in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

**( )**     **BY MESSENGER SERVICE**:  I placed a true and correct copy of the above-entitled document in a sealed envelope addressed as indicated above and provided it to a professional messenger service for delivery during normal business hours on this date.

**( )**     **BY PERSONAL SERVICE UPON A PARTY (CCP §1011(b))**:  I placed a true and correct copy of the above-titled document in a sealed envelope addressed as indicated above.  I delivered each envelope by hand to a person of not less than eighteen (18) years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 12, 2022, at San Francisco, California.

*[signature: Roberta C Beach]*
ROBERTA C. BEACH

*****